### OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

### George R. HAMO, Respondent.

### No. 1056 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 18, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 18th day of May, 2006, on certification by the Disciplinary Board that the respondent, George R. Hamo, who was suspended by Order of this Court dated December 1, 2005, for a period of 120 days, has filed a verified statement showing compliance with all the terms and conditions of the Order of Suspension and Rule 217, Pa.R.D.E., and there being no other outstanding order of suspension or disbarment, George R. Hamo is hereby reinstated to active status, effective immediately.

■

### In the Matter of Robert S. GROSSMAN.

### No. 1140 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

May 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of May, 2006, a Rule having been entered by this Court on April 17, 2006, pursuant to Rule 214(d)(1), Pa.R.D.E., directing Robert S. Grossman to show cause why he should not be placed on temporary suspension and, upon consideration of Respondent's Consent to Suspension and response thereto, it is

ORDERED that the Rule is made absolute, Robert S. Grossman is placed on temporary suspension pursuant to Rule 214(d)(2), Pa.R.D.E., and he shall comply with all the provisions of Rule 217, Pa. R.D.E.; and the matter is referred to the Disciplinary Board pursuant to Rule 214(f)(1), Pa.R.D.E.